BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MICHAEL KAERCHER,<br><br>                         Defendants. | CASE NO.  1:07-CR-00096 AWI<br><br>ORDER ON GOVERNMENT'S MOTION TO DISMISS<br>(Fed. R. Crim. P.  48(a)) |

        IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed  without

prejudice.

IT IS SO ORDERED.

Dated:   September 2, 2014          _____

                              SENIOR  DISTRICT  JUDGE